IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| JAMES DYLAN BRYANT, TDCJ No. 2237271, §§§§§ Plaintiff, § § v. § § CAPTAIN LISA PATTERSON, *et al.*, §§§ Defendants. § | Civil Action No. 7:18-cv-00143-M-BP |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Plaintiff filed objections on July 26, 2019. The District Court reviewed the proposed Findings, Conclusions, and Recommendation *de novo*. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that the Motion for Default Judgment/Motion for Summary Judgment (ECF No. 39) and Motion for Injunctive Relief (ECF No. 18) are **DENIED**.

**SO ORDERED** this 30th day of July, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE