IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **JAMES DYLAN BRYANT,** | § |
| Plaintiff, | § |
| v. | §  Civil Action No. 7:18-cv-00143-M-BP |
| **CAPTAIN LISA PATTERSON**, *et al.*, | § |
| Defendants. | § |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for want of prosecution, subject to Plaintiff's right to reopen the case by providing an updated address within thirty days of the date of this Order.

**SO ORDERED** this 20th day of July, 2020.

_____
BARBARA M. G. LYNN
CHIEF JUDGE